John J. Burke, ISB #4619
ELAM & BURKE, P.A.
251 East Front Street Suite 300
Post Office Box 1539
Boise, Idaho 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
jjb@elamburke.com

Attorneys for Defendant Corizon, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| POCATELLO HOSPITAL LLC d/b/a PORTNEUF MEDICAL CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>CORIZON LLC,<br><br>Defendant. | Case No.  4:16-cv-00032-REB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    **COME NOW** the Plaintiff, Pocatello Hospital LLC d/b/a Portneuf Medical Center, and

Defendant Corizon, LLC, by and through undersigned counsel of record, and hereby stipulate

and agree that the Complaint, and any amendments thereto, against Defendant Corizon, LLC, be

dismissed with prejudice, with each party to bear their own costs and attorney fees.

    DATED this _23_ day of May, 2018.

                 RACINE, OLSON, NYE, BUDGE
                 & BAILEY, CHARTERED


                 BY _____
                 Scott J. Smith - Of the Firm
                 Attorneys for Plaintiff

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

DATED this 23 day of May, 2018.

ELAM & BURKE, P.A.

BY _____

John J. Burke - Of the Firm
Attorneys for Defendant Corizon, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __23rd__ day of May, 2018, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE**, with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Scott J. Smith                                    sjs@racinelaw.net

/s/ John J. Burke
_____
John J. Burke

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2