UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| POCATELLO HOSPITAL LLC d/b/a PORTNEUF MEDICAL CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CORIZON LLC,<br><br>    Defendant. | Case No.: 4:16-cv-00032-REB<br><br>**ORDER OF DISMISSAL** |

This matter having come before the Court upon the parties' Stipulation for Dismissal with Prejudice (Dkt. 60), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being duly advised,

IT IS HEREBY ORDERED that this action is DISMISSED, WITH PREJUDICE, each party to bear its own attorneys' fees and costs. The case is ordered closed.

DATED: June 5, 2018

_____
Honorable Ronald E. Bush
Chief U.S. Magistrate Judge

**ORDER OF DISMISSAL - 1**